UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA RUBIO<br>1705 West Virginia Ave. N.W.<br>Washington, D.C. 20002<br><br>    Plaintiff<br><br>    v.<br><br>DISTRICT OF COLUMBIA<br>Serve: Darlene Fields<br>Office of the Attorney General<br>441 4th Street. N.W. 6th Floor South<br>Washington, D.C. 20001<br><br>Serve: Diane Thaxton, Secretary<br>for the District of Columbia<br>1340 Pa. Ave. N.W.<br>Washington, D.C. 20001<br><br>    Defendant | Case No: 1:09-cv-01674<br>Judge Emmet G. Sullivan |

**NOTICE OF DISMISSAL**

Comes now the Plaintiff, Jessica Rubio, (Rubio), by and through undersigned counsel, and voluntarily dismisses this case, without prejudice, pursuant to: Federal Rule of Civil Procedure 41 (a) (1).

Respectfully submitted,

*s/s Wendell C. Robinson*
Wendell C. Robinson, 377091
Counsel for the Plaintiff
4308 Georgia Ave. N.W.
Washington, D.C. 20011
202-223-4470

Case 1:09-cv-01674-EGS    Document 3    Filed 10/24/2009    Page 2 of 2